Filed:  October 16, 1997

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

———————

No. 97-6009
(CR-94-391-MJG, CA-95-3798-MJG)

———————

United States of America,

Plaintiff - Appellee,

versus

Godspower Omonogor,

Defendant - Appellant.

———————

O R D E R

———————

The Court amends its opinion filed September 19, 1997, as follows:

On the cover sheet, section 5 -- the panel information is corrected to read "Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges."

For the Court - By Direction

/s/ Patricia S. Connor
—————————————
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6009**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GODSPOWER OMONOGOR,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-94-
391-MJG, CA-95-3798-MJG)

─────────────

Submitted:  September 11, 1997       Decided:  September 19, 1997

─────────────

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Godspower Omonogor, Appellant Pro Se. Philip S. Jackson, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. United States v. Omonogor, Nos. CR-94-391-MJG; CA-95-3798-MJG (D. Md. Dec. 10, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3